**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 08-0321-03-CR-W-GAF** |
| | ) | |
| **DEONDRE CORDELL HIGGINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AMENDED ORDER**

Now pending before the Court is Defendant's Motion to Suppress in which he argues that officers did not have reasonable suspicion to conduct a traffic stop. Defendant moves to suppress all evidence recovered from the vehicle as well as his subsequent statements as fruit of the poisonous tree. On June 30, 2009, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on the motion to suppress.

On August 24, 2009, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation (Doc. #85).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. #56) is GRANTED.

SO ORDERED.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: September 8, 2009